NUMBER 13-03-769-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


AMADO BARRON ESTRADA, Appellant,


v.



ABEL NAFRAWI, ET AL., Appellees.

____________________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


____________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam



 Appellant, AMADO BARRON ESTRADA, attempted to perfect an appeal from an order
entered by the 156th District Court of Bee County, Texas, in cause no. B-02-1276-CV-B. The
clerk's record was received on December 30, 2003. 

 Upon review of the clerk's record, it appeared that the order from which this appeal
was taken was not a final appealable order. Pursuant to Tex. R. App. P. 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten days from the date of
receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant was
granted an extension of time to respond to this Court's notice; however, to date, appellant
has failed to file a response as requested by this Court's notice. 

 The Court, having considered the documents on file and appellant's failure to respond
to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Opinion delivered and filed this

the 11th day of March, 2004.